UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 17- 5537 |
| v. | : | |
| ALESIA WATSON | : | 18 U.S.C. § 641 |

### INFORMATION

The Acting United States Attorney for the District of New Jersey charges:

From in or about December 2013 to in or about March 2015, in Atlantic County, in the District of New Jersey, and elsewhere, defendant

ALESIA WATSON,

while the Executive Director of the Ocean City, New Jersey Housing Authority ("OCHA"), did embezzle, steal, purloin, and knowingly convert to her own use, money of a department or agency of the United States, specifically federal funds received from the United States Department of Housing and Urban Development and administered by the OCHA, to which she was not entitled.

In violation of Title 18, United States Code, Section 641.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
Acting United States Attorney

MAG. NUMBER: 17-

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

ALESIA WATSON

INFORMATION FOR

18 U.S.C. § 641

WILLIAM E. FITZPATRICK
ACTING U.S. ATTORNEY, NEWARK, NEW JERSEY

MATTHEW J. SKAHILL
Assistant U.S. Attorney
Camden, New Jersey
(856) 757-5026