## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                    **DATE:** May 8, 2017

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**                                   **DOCKET NO.:** 17-mj-5537-KMW

UNITED STATES OF AMERICA

VS.

ALESIA WATSON

**DEFENDANT PRESENT**

**APPEARANCES:**

MATT SKAHILL, ESQ. - AUSA FOR GOVERNMENT

JOHN ZARYCH, ESQ – COUNSEL FOR DEFENDANT

ENDA GALARZA - PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**  Initial Appearance and Plea Hearing on Information

Notice of appearance executed and filed.
John Zarych, Esq. appearing on behalf of defendant.
Defendant advised of rights, charges and penalties.
Defendant waives formal reading of Information.
Ordered defendant sworn. Alesia Watson sworn.
Consent to Proceed before a Magistrate Judge in a Misdemeanor Case executed and Filed.
PLEA: Guilty
Terms of plea agreement read into the record.
Ordered plea agreement accepted.
SENTENCING set for Tuesday August 15, 2017 at 11:00 a.m.
Hearing on joint application to set bail.
Ordered bail set in the amount of $50,000 unsecured with conditions.
Order Setting Conditions of Release to be entered.
Ordered defendant released after processing.

*s/ Nicholas Zotti*
**DEPUTY CLERK**

TIME COMMENCED: 3:58        TIME ADJOURNED:  4:41        TOTAL TIME:  43 Minutes